1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        11332 Mountain View Ave., Suite C
3       Loma Linda, California 92354
4       Telephone: (909) 796-4560
        Facsimile: (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff
8                    UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10  JASON BEAMS,                    )   No. EDCV 09-1396 E
11                                  )
                                    )   [PROPOSED] ORDER AWARDING
12     Plaintiff,                   )   EAJA FEES
       v.                           )
13                                  )
14  MICHAEL J. ASTRUE,              )
    Commissioner Of Social Security,)
15                                  )
16     Defendant.                   )
                                    )
17  ─────────────────────────────────)

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19      IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20  awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

21  of TWO THOUSAND NINE HUNDRED EIGHTEEN DOLLARS and 90/cents

22  ($2,918.90), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-

23  referenced Stipulation.

24      DATED: 2/5/10            _____

25
26                              HON. CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE
27
28

                                      -1-